UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| CHRISTOPHER NEVE, | ) |
| **Plaintiff,** | ) Case No: 1:21-cv-00308 |
| v. | ) |
| CLARENCE F. BIRKHEAD, in his individual and in his official capacity as Durham County Sheriff, WENDELL M. DAVIS, Durham County Manager in his individual and in his official capacity, and JOHN or JANE DOES 1-20, | ) |
| **Defendants.** | ) |

## NOTICE OF WITHDRAWAL OF MOTION FOR A PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that Plaintiff hereby respectfully withdraws his pending Motion for Preliminary Injunction (Dkt. No. 2), filed on April 16, 2021. The requested relief in that Motion sought reinstatement of Plaintiff's job and Plaintiff has found new employment in a different geographic location. Defendants do not oppose Plaintiff's withdrawal of the Motion.

DATED this 1st day of June 2021

    /s/ Aaron Siri
Aaron Siri *(Special Appearance filed)*
Email: aaron@sirillp.com
Elizabeth A. Brehm *(Special Appearance filed)*

1

**SIRI & GLIMSTAD LLP**
200 Park Avenue, 17th Floor
New York, NY 10166
aaron@sirillp.com
ebrehm@sirillp.com
Phone: 212-532-1091
Fax: 646-417-5967

 /s/ Jeff Dobson
Jeff Dobson
North Carolina State Bar No.: 54808
**DOBSON LAW FIRM, PLLC**
119 SW Maynard Rd., Suite 220
Cary, NC 27511
jdobson@dobsonlawnc.com
Phone: 919-591-2240
Fax: 919-591-2247

Attorneys for the Plaintiff

2