UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| CHRISTOPHER NEVE, | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No: 1:21-cv-00308 |
| | ) | |
| **v.** | ) | |
| | ) | |
| CLARENCE F. BIRKHEAD, in his | ) | |
| individual and in his official capacity as | ) | |
| Durham County Sheriff, WENDELL M. | ) | |
| DAVIS, Durham County Manager in his | ) | |
| individual and in his official capacity, and | ) | |
| JOHN or JANE DOES 1-20, | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, CHRISTOPHER NEVE, by and through counsel, pursuant to Rule

41(a)(1)(A)(i) of the Federal Rules Civil Procedure, hereby dismisses all claims against all

Defendants in this matter.

DATED this 28th day of June 2021

  /s/ Elizabeth Brehm
Aaron Siri *(Special Appearance filed)*
Email: aaron@sirillp.com
Elizabeth A. Brehm *(Special Appearance filed)*
**SIRI & GLIMSTAD LLP**
200 Park Avenue, 17th Floor
New York, NY 10166
aaron@sirillp.com
ebrehm@sirillp.com
Phone: 212-532-1091

Fax: 646-417-5967

 /s/ Jeff Dobson
Jeff Dobson
North Carolina State Bar No.: 54808
**DOBSON LAW FIRM, PLLC**
119 SW Maynard Rd., Suite 220
Cary, NC 27511
jdobson@dobsonlawnc.com
Phone: 919-591-2240
Fax: 919-591-2247

Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have electronically filed the foregoing NOTICE

OF VOLUNTARY DISMISSAL with the Clerk of Court using the CM/ECF system which

will send notification to counsel for all parties as follows:

Danielle Barbour Wilson
Jesse H. Rigsby IV
The Banks Law Firm, P.A.
P.O. Box 14350
Research Triangle Park, NC 27709

Attorneys for Defendants

DATED this 28th day of June 2021.

  /s/ Elizabeth Brehm
Aaron Siri *(Special Appearance filed)*
Email: aaron@sirillp.com
Elizabeth A. Brehm *(Special Appearance filed)*
SIRI & GLIMSTAD LLP
200 Park Avenue, 17th Floor
New York, NY 10166
aaron@sirillp.com
ebrehm@sirillp.com
Phone: 212-532-1091
Fax: 646-417-5967

  /s/ Jeff Dobson
Jeff Dobson
North Carolina State Bar No.: 54808
**DOBSON LAW FIRM, PLLC**
119 SW Maynard Rd., Suite 220
Cary, NC 27511
jdobson@dobsonlawnc.com
Phone: 919-591-2240
Fax: 919-591-2247

Attorneys for the Plaintiff